```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

K & S PRODUCE, INC.,

               Plaintiff,

    - against -

WON JIN GOURMET CORP. and KYUNG HO KIM,

               Defendants.

20-cv-9650 (JGK)

ORDER

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by **February 5, 2021.**

**SO ORDERED.**

Dated:    New York, New York
             January 22, 2021

                                   /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge