```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**K&S PRODUCE INC.,**

               Plaintiff,        20 Civ. 9650 (JGK)

   - against -                  <u>ORDER</u>

**WON JIN GOURMET CORP., ET AL.,**

               Defendants.

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The case is referred to the Magistrate Judge for purposes of settlement. The case is stayed pending the settlement efforts before the Magistrate Judge. The parties should submit a status report to this Court within 7 days after conclusion of the settlement efforts before the Magistrate Judge.

    **SO ORDERED.**

**Dated:**    New York, New York
            February 19, 2021

                                        /s/ John G. Koeltl
                                           John G. Koeltl
                             United States District Judge